UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.	CASE NO: 8:19-cr-424-T-35CPT

TERESA JOHNSON

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S
SENTENCE BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of § 5K1.1 of the United States Sentencing Guidelines, 18 U.S.C. § 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a two-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, defendant provided truthful and timely information to the United States which resulted in the government investigation of a large-health care fraud scheme perpetuated by her co-conspirator, Doctor 1, who is now deceased. The United States believes that, because of her efforts on behalf of the United States, Teresa Johnson should receive a two-level reduction in her offense level for her assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

                Respectfully submitted,

                MARIA CHAPA LOPEZ
                United States Attorney

By:    /s/ Kelley C. Howard-Allen
        KELLEY C. HOWARD-ALLEN
        Assistant United States Attorney
        Florida Bar No.: 0085464
        400 North Tampa Street, Suite 3200
        Tampa, Florida 33602
        Telephone: (813) 274-6000
        Facsimile:  (813) 274-6103
        E-mail: kelley.howard@usdoj.gov

U.S. v. Teresa Johnson                    Case No. 8:19-cr-424-T-35CPT

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Adam Benjamin Allen, AFPD

                                         /s/ Kelley C. Howard-Allen
                                         KELLEY C. HOWARD-ALLEN
                                         Assistant United States Attorney
                                         Florida Bar No.: 0085464
                                         400 North Tampa Street, Suite 3200
                                         Tampa, Florida 33602
                                         Telephone: (813) 274-6000
                                         Facsimile:  (813) 274-6103
                                         E-mail: kelley.howard@usdoj.gov